IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-131-RLV-DCK

| | |
|---|---|
| RANDY B. ERVIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LIBERTY LIFE ASSURANCE COMPANY )<br>OF BOSTON and JPS INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) filed by John W. Sulau, concerning Robert M. Wood on August 9, 2016. Mr. Robert M. Wood seeks to appear as counsel *pro hac vice* for Defendant Liberty Life Assurance Company of Boston. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 7) is **GRANTED.** Mr. Robert M. Wood is hereby admitted *pro hac vice* to represent Defendant Liberty Life Assurance Company of Boston.

**SO ORDERED**.

Signed: August 9, 2016

David C. Keesler
United States Magistrate Judge