IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:16-CV-131-RLV-DCK

| RANDY B. ERVIN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and JPS INDUSTRIES, INC., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Calvin B. Bennett III, filed a "Certification Of Mediation Session" (Document No. 16) notifying the Court that the parties reached a settlement on May 9, 2017. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **June 9, 2017**.

**SO ORDERED**.

Signed: May 24, 2017

David C. Keesler
United States Magistrate Judge